**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
(973) 538-0800
jschwartz@riker.com
tschellhorn@riker.com

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| 87 JACOBUS AVE LLC, | Case No. 23-14955-SLM |
| Debtor. | |

**DEBTOR'S SUPPLEMENTAL STATEMENT IN CONNECTION WITH THE**
**DEBTOR'S JUNE 2023 MONTHLY OPERATING REPORTS**

Lance Lucarelli hereby states as follows:

1. I am the Manager Member of 87 Jacobus Ave Holdings LLC, the Managing Member of 87 Jacobus Ave LLC (the "Debtor"). I submit this supplemental statement in connection with the Debtor's June 2023 Monthly Operating Report (the "MOR").

2. MOR Part 1: With respect to all cash and receipts reflected, I caused all the funds to be deposited into the Debtor's accounts.

3. MOR Part 2: Regarding the value of the Debtor's assets, the Debtor believes that the value of the real property is between $40 million (as is) and $100 million (with site plan approvals), on a purely estimated basis, based on interest rates. The Debtor believes that it is entitled to site plan approvals. Regarding liabilities, the validity and extent of certain of the

alleged secured claims are disputed and the subject of the currently pending adversary proceeding styled <u>87 Jacobus Ave LLC v. U.S. Env't. Prot. Agency, et al.</u>, Adv. Pro. No. 23-01172 (Bankr. D.N.J.).

Executed on July 19, 2023

*/s/ Lance T. Lucarelli*
Lance T. Lucarelli

Managing Member
87 Jacobus Ave Holdings, LLC, as
Managing Member of 87 Jacobus Ave, LLC

4871-2943-9601, v. 1